STATE, Respondent, v. PECK, Appellant.

(227 N. W. 199.)

(File No. 6824.   Opinion filed November 8, 1929.)

*T. H. Luby,* of Huron, and *Geo. J. Danforth,* of Sioux Falls, for Appellant.

*M. Q. Sharpe,* Attorney General, and *R. F. Drewry,* Assistant Attorney General, for the State.

PER CURIAM.   Defendant was convicted of rape in the first degree and appeals to this court.   After a careful examination of the record and attentive consideration to the arguments of counsel, we are of the opinion that the record as preserved and presented to this court fails to show any error prejudicial to the defendant.

The judgment and order appealed from are therefore affirmed.